# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CARI LYNN SEARCY (2),<br><br>　　　　　　Defendant. | CASE NO. 13CR1027-H<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has granted the oral motion of the Government for dismissal, without prejudice

__X__ of the offenses as charged in the Information:

　21 USC 952 and 960 - Importation of Methamphetamine

　18 USC 2 - Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/7/13

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

//